IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                     CASE NO: 09-40977
                                                               CHAPTER 7
      GAVINS, BENJAMIN
      GAVINS, SANDRA
        Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 015 | George & Meike LeMieux<br>3710 Longfellow Road<br>Tallahassee, Florida 32311-3708 | $423.46 |

The check mailed at the above address on October 18, 2010 has neither been returned by the Post Office nor negotiated by the Creditor.

Dated this 20th day of January, 2011.

                                                     /s/ Sherry F. Chancellor
                                                     Sherry F. Chancellor, Trustee
                                                     619 West Chase Street
                                                     Pensacola, Florida 32502
                                                     (850) 436-8445
                                                     Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon George & Meike LeMieux , 3710 Longfellow Road, Tallahassee, Florida 32311-3708  and Charles  Edwards, Office of the  U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida  32301  on this 20th  day of January, 2011.

                                          /s/ Sherry F. Chancellor
                                          Sherry F. Chancellor, Trustee